IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DENNIS JOHNSON, FLOYD WILLIAMS
d/b/a FLOYD H. WILLIAMS TRUCKING,
JAMES ROGERS d/b/a ROGERS TRUCKING
and GARY G. HARRIS                                                    PLAINTIFFS

v.                                      CIVIL ACTION NO.: 5-09cv145 DCB-JMR

ERGON TRUCKING, INC.,
and JOHN DOES 1-20                                                    DEFENDANTS

## ORDER

This matter is before the Court on the Motion of the Plaintiffs, Dennis Johnson, Floyd Williams d/b/a Floyd H. Williams Trucking, James Rogers d/b/a Rogers Trucking, and Gary G. Harris, to transfer this case to the Jackson Division of the Southern District of Mississippi. Having considered the Motion, and being advised that this case was assigned to the western division as a result of clerical error, and being otherwise advised in the premises, the Court finds the Motion is well taken and should be granted.

This the   8th   day of February, 2010.

                                        s/ David Bramlette
                                        **U. S. District Court Judge**